

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00061-CV
_____

IN RE:
WILLIAM WALLACE FREY

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

William Wallace Frey has petitioned this Court for mandamus relief. Frey claims in his petition to have filed requests for declaratory judgment, which the trial court has failed to hear or rule upon. Frey asks this Court to compel the trial court to set a hearing date to consider Frey's motions for declaratory judgment. We deny Frey's requested relief.

Mandamus issues only when the mandamus record establishes (1) a clear abuse of discretion or the violation of a duty imposed by law, and (2) the absence of a clear and adequate remedy at law. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding); *see In re Columbia Med. Ctr. of Las Colinas*, 290 S.W.3d 204, 207 (Tex. 2009) (orig. proceeding). It is the relator's burden to provide this Court with a sufficient record to establish the right to mandamus relief. *Walker*, 827 S.W.2d at 837; *In re Pilgrim's Pride Corp*., 187 S.W.3d 197, 198–99 (Tex. App.—Texarkana 2006, orig. proceeding); *see* TEX. R. APP. P. 52.3.

Frey has provided this Court with no documents supporting his request. For example, he has supplied no copies of the requests for declaratory judgment he claims to have filed with the trial court. This Court then has no way of knowing if such requests were actually filed or when they were filed.[1]

---

[1]A trial court has a ministerial duty to consider and rule on a properly filed and pending motion within a reasonable time. *See In re Shaw*, 175 S.W.3d 901, 904 (Tex. App.—Texarkana 2005, orig. proceeding).

We find Frey has failed to demonstrate he is entitled to the extraordinary remedy of mandamus relief.  We, therefore, deny his petition.


Jack Carter
Justice

Date Submitted:     June 19, 2012
Date Decided:       June 20, 2012